**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SEKLE WISSEH,

     *Plaintiff,*

  v.

PROGRESSIVE DIRECT INSURANCE
COMPANY,

     *Defendant.*

CIVIL ACTION
NO. 26-134

## ORDER

**AND NOW**, this 23rd day of February 2026, upon consideration of Plaintiff's Amended Complaint (Dkt. No. 7), Defendant's Motion to Dismiss, (Dkt. No. 12), it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1.    Counts II, III, IV are **DISMISSED without prejudice**.

2.    Count V is **DISMISSED with prejudice**.

3.    Plaintiff may file an amended complaint consistent with the accompanying memorandum on or before **March 23, 2026**.

             BY THE COURT:

             */s/ Gerald J. Pappert*
             Gerald J. Pappert, J.