**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SEKLE WISSEH,

*Plaintiff,*

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,

*Defendant.*

CIVIL ACTION
NO. 26-00134

**ORDER**

**AND NOW**, this 21st day of October 2026, upon consideration of Defendant's Motion for Partial Summary Judgment, (Dkt. Nos. 50, 51, and 52), and the Plaintiff's Response in Opposition, (Dkt. Nos. 53 and 54), it is hereby **ORDERED** that the motion is **GRANTED**.

Judgment is entered for Progressive Direct Insurance Company on Count II of the Second Amended Complaint.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.